UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  RAMON RODRIGUEZ<br>  SHARON L RODRIGUEZ<br>             Debtors | CASE NO: 04-37630<br>       (Chapter 13)<br><br>JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3976172**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 15/ 52 | SBC MIDWEST BANKRUPTCY GROUP<br>BOX 981268<br>WEST SACRAMENTO, CA  95798 | 73.09 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/28/2009

Certificate of Service                      04-37630

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

RAMON RODRIGUEZ
SHARON L RODRIGUEZ
629 GREENLAWN AVENUE
DAYTON, OH  45403

THOMAS D BERRY
1839 EAST STROOP RD
DAYTON, OH  45429

(50.1n)
MICHAEL S ARNOVITZ
REIMER & LORBER CO LPA
BOX 968
TWINSBURG, OH  44087

(57.1n)
NATIONAL CAPITAL MANAGEMENT
8245 TOURNAMENT DRIVE
SUITE 230
MEMPHIS, TN  38125

(58.1n)
NEW FALLS CORPORATION
100 NORTH CENTER ST
NEWTON FALLS, OH  44444

(60.1n)
PORTFOLIO RECOVERY ASSOCIATES
BOX 41067
NORFOLK, VA  23541

(52.1)
SBC MIDWEST BANKRUPTCY GROUP
BOX 981268
WEST SACRAMENTO, CA  95798

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    cs